**McAllister Olivarius**
Jan "Honza" Cervenka (SBN 344997)
641 Lexington Avenue, 13th Floor
New York, NY 10022
Telephone: (212) 433-3456
hcervenka@mcolaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIAN BARBU,

Plaintiff,

vs.

HARVEST CHRISTIAN FELLOWSHIP, GREG LAURIE, RICHARD SCHUTTE, and PAUL HAVSGAARD,

Defendants.

Case No.: 5:25-cv-02428-SSS-MAA

Hon. Sunshine S. Sykes

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to the Court's Order to Show Cause dated January 21, 2026 (Dkt. No. 38), Plaintiff agrees this case and its related cases[1] (collectively, "Related

[1] As of the date of this filing, the Related Cases are: 5:25-cv-02428-SSS-MAAx, 5:25-cv-02429-SSS-RAOx, 5:25-cv-02461-SSS-MAAx, 5:25-cv-02559-SSS-MAAx, 5:25-cv-02560-SSS-MAAx, 5:25-cv-02561-SSS-MAAx, 5:25-cv-03048-SSS-MAAx, 5:25-cv-03052-SSS-MAAx, 5:25-cv-03074-SSS-MAAx, 5:25-cv-03076-SSS-MAAx, 5:25-cv-03092-SSS-MAAx, 5:25-cv-03093-SSS-MAAx, 5:25-cv-03488-SSS-MAAx, 5:25-cv-03493-SSS-MAAx, 5:25-cv-03495-SSS-MAAx, 5:25-cv-03496-SSS-SPx, 5:25-cv-03497-SSS-MAAx, 5:25-cv-03499-SSS-MAAx, 5:25-cv-03501-SSS-MAAx, 5:25-cv-03503-SSS-MAAx, 5:25-cv-03505-SSS-MAAx, 5:25-cv-03506-SSS-SPx. Tomorrow, Plaintiff's counsel intends to file one further case arising from the same or closely related transaction, happening, or event as in the Related Cases.

Cases") should be consolidated for all purposes except trial. While the questions of fact and law in the Related Cases are not identical, they are similar enough that judicial economy will be advanced through consolidation for all purposes except trial. Plaintiff proposes the Court adopt the framework set out in his earlier Corrected Report re Proposed Plan for Coordination of Initial Motions (Dkt. No. 37) for case management of the consolidated action.

Should the Court order the Related Cases to be consolidated and order the plaintiffs to file a consolidated complaint, Plaintiff respectfully requests the deadline for filing of the consolidated complaint be on March 6, 2026, and Defendants' deadline to Answer or otherwise move the Court in relation to the consolidated complaint be on May 1, 2026.

It is neither Plaintiff's nor his counsel's intent to over-complicate case management of the Related Cases. Each Plaintiff's claims were filed in separate actions given their differing ages and damages.

Dated: January 30, 2026

Respectfully submitted,

McALLISTER OLIVARIUS

By: _/s/ Jan Cervenka_

Jan Cervenka

*Attorneys for Plaintiff*