SNELL & WILMER L.L.P.
Steven T. Graham, Bar No. 105710
sgraham@swlaw.com
Howard M. Privette, Bar No. 137216
hprivette@swlaw.com
Sarah G. Odegaard, Bar No. 262931
sodegaard@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Specially Appearing Defendants
Harvest Christian Fellowship & Greg Laurie

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN BARBU,<br>Plaintiff,<br>v.<br>HARVEST CHRISTIAN FELLOWSHIP, et al.,<br>Defendants. | Case No. 5:25-cv-02428-SSS-MAA<br>Hon. Sunshine S. Sykes<br>**DEFENDANTS' RESPONSE TO OSC RE CONSOLIDATION**<br>Date: February 6, 2026<br>Time: 1:00 p.m.<br>Ctrm: 2 (by Zoom) |

SNELL & WILMER L.L.P. LAW OFFICES 600 ANTON BLVD, SUITE 1400 COSTA MESA, CALIFORNIA 92626-7689

SNELL & WILMER L.L.P. LAW OFFICES 600 ANTON BLVD, SUITE 1400 COSTA MESA, CALIFORNIA 92626-7689

Specially Appearing Defendants Harvest Christian Fellowship, Greg Laurie, and Richard Schutte (collectively the "Reporting Defendants") provide this response to the Court's Order to Show Cause As To Why The Cases Should Not Be Consolidated For All Purposes Except Trial, dated January 21, 2026 [Dkt. No. 38].

First, by providing this response, and participating in the upcoming Status Conference where these matters will be addressed by the Court, the Reporting Defendants expressly reserve all rights and are not consenting to the jurisdiction of the Court or waiving any defenses or arguments they may have in this case or any of the related cases (including, e.g., arguments based on the international abstention doctrine, comity, and forum non conveniens).

Second, subject to that reservation, the Reporting Defendants SUPPORT the consolidation of the 22 related cases for all purposes except trial.[1]

Third, the Reporting Defendants suggest that to facilitate this consolidation, and for purposes of judicial economy and efficiency, the plaintiffs be ordered to file a consolidated amended complaint before such time as the Reporting Defendants may be required to respond to the plaintiffs' allegations by answer or motion under Rule 12 of the Federal Rules of Civil Procedure.[2]

---

[1] The 22 related cases are: 5:25-cv-02428-SSS-MAA; 5:25-cv-02429-SSS-RAO; 5:25-cv-02461-SSS-MAA; 5:25-cv-02559-SSS-MAA; 5:25-cv-02560-SSS-MAA; 5:25-cv-02561-SSS-MAA; 5:25-cv-03048-SSS-MAA; 5:25-cv-03052-SSS-MAA; 5:25-cv-03074-SSS-MAA; 5:25-cv-03076-SSS-MAA; 5:25-cv-03092-SSS-MAA; 5:25-cv-03093-SSS-MAA; 5:25-cv-03488-SSS-MAA; 5:25-cv-03493-SSS-MAA; 5:25-cv-03495-SSS-MAA; 5:25-cv-03496-SSS-SP; 5:25-cv-03497-SSS-MAA; 5:25-cv-03499-SSS-MAA; 5:25-cv-03501-SSS-MAA; 5:25-cv-03503-SSS-MAA; 5:25-cv-03505-SSS-MAA; and, 5:25-cv-03506-SSS-SP.

[2] As set forth in their "Report re Proposed Plan for Coordination of Initial Motions and Request for Status Conference" dated January 16, 2026 [Dkt. No. 35], the Reporting Defendants believe their so-called "Forum Motion" to stay or dismiss these cases in favor of proceedings in Romania should be briefed and decided before requiring them to answer or move to dismiss under Rule 12.

Fourth, the Reporting Defendants further suggest that the question of whether the cases should also be consolidated for trial should remain open for further consideration and determination prior to the commencement of trial, if any, in this case.

Respectfully submitted,

Dated: January 30, 2026

SNELL & WILMER L.L.P.

By: */s/ Howard M. Privette*
Steven T. Graham
Howard M. Privette
Sarah G. Odegaard

Attorneys for Specially Appearing Defendants Harvest Christian Fellowship and Greg Laurie

Dated: January 30, 2026

THE PORRAZZO LAW FIRM

By: */s/ Michael Porrazzo*
Michael Porrazzo

Attorneys for Specially Appearing Defendant Richard Schutte

**SIGNATURE CERTIFICATION (Local Rule 5-4.3.4)**

I, Howard M. Privette, certify that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 30, 2026

SNELL & WILMER L.L.P.

By: */s/ Howard M. Privette*
Howard M. Privette

Attorneys for Specially Appearing Defendants Harvest Christian Fellowship and Greg Laurie

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689