March 10, 2026

The Honorable Sunshine S. Sykes
District Judge
George E. Brown Jr. Federal Building and U.S. Courthouse
Riverside Courtroom 2, 2nd Floor
3470 Twelfth St.
Riverside, CA 92501-3801



Dear Judge Sykes,

I am sending you the attached character reference directly because I don't have a defense attorney. Below is the list of cases which have been filed against me. Please apply the reference to any additional cases the attorney may file in the future as well.

**Reference: V. Nicole Hansen**

(Harvest Christian Fellowship has been abbreviated to HCF.)
Barbu v Harvest Christian Fellowship Case No. 5:25-cv-02428-SSS-MAA
Petcu v HCF Case No.: 5:25-cv-02429-SSS-RAO
Dragne v HCF Case No: 5:25-cv-3074-CAS-DTB
Aeroaie v HCF Case No: 5:25-cv-02461-KK (DTBx)
Caragea v HCF Case No: 5:25-cv-03076-AB (DTBx)
Nitu v HCF Case No: 5:25-cv-02560-MEMF (SPx)
Vasile v HCF Case No: 5:25-cv-02561
Busca v HCF Case No: 5:25-cv-03048-MWC (DTBx)
Ionescu v HCF Case No: 5:25-cv-03093-SVW-JC
Busca v HCF Case No: 5:25-cv-03052 JAK (RAOx)
Nitu v HCF Case No: 5:25-cv-02559-DSF (SPx)
Mihaila v HCF Case No: 5-25-cv-03488-SSS-MAA  Lango v HCF Case No: 5:25-cv-03493-SSS-MAA
Pirvu v HCF Case No: 5:25-cv-03495-SSS-MAA
Tici v HCF Case No: 5:25-cv-03496-SSS-SP
Ghenciulescu v HCF Case No: 5:25-cv-03497-SSS-MAA
Otcuparu v HCF Case No: 5:25-cv-03499-SSS-MAA
Tudosie v HCF Case No: 5:25-cv-03501-SSS-MAA
Turuianu v HCF Case No: 5:25-cv-03503-SSS-MAA
Popescu v HCF Case No: 5:25-cv-035505-SSS-MAA  Ionita v HCF Case No: 5:25-cv-035056-SSS-SP
Badaluta v HCF Case No: 5:25-cv-03092-SSS-MAA

Sincerely,

Paul Havsgaard

February 6, 2026

The Honorable Sunshine S. Sykes
District Judge
George E. Brown Jr. Federal Building and U.S. Courthouse
Riverside Courtroom 2, 2nd Floor
3470 Twelfth St.
Riverside, CA 92501-3801

Re: Paul Havsgaard

Dear Judge Sykes,

I met Paul Havsgaard about 30 years while attending Harvest Christian Fellowship in Riverside. I didn't know him very well back then but I knew he had left to start an orphanage in Romania. I always wanted to go to the orphange because I thought it would be wonderful to help out but never had the financial means to do so. I know other people who did though. I had a good friend who was able to stop by and later on at Christmas time the kids called her at her home to say "hello". I also know another man who was able to stop by the orphanage and he told me he will always remember Paul walking into the orphanage with one kid hanging off each arm and everyone in a good mood.  The two people I know personally are good people and they would have noticed if anything was off at the orphanage. Since Harvest is a big church there must have been many people who came by to check it out. If there was anything bad going on, someone would have noticed.

I know Paul better now since he married my mom about 11 years ago. Paul has always been kind and considerate in all of his interactions with us. There have been times when people have been unfairly unkind to Paul but he didn't respond to them rudely. He tries to keep the peace with people and rises above the immaturity of others.  It is suprising actually how Paul can rise above other people's rudeness and continue to try to be an encouragement to them.

I have an uncle (he's dead now) who I didn't feel comfortable around nor did I want my children around. Paul was quite concerned about what I shared with him regarding that uncle and reassured me that they would not have the uncle over at family gatherings any longer. I really appreciated Paul's concern about the situation and the way he didn't dismiss my concerns but helped to fix the problem.

My mom used to work at Disneyland and one time we were there with my 3-year-old daughter and when Paul saw her eying a special Mickey Mouse balloon he went over and bought it for her.

He helped pay for my sister to keep her apartment when she didn't have any money. He also went with her repeatedly to divorice court when no one else did.

When I was adopting my daughter he also gave me a financial gift that I could use for her adoption. After she

1

