UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-02428-SSS-SPx | Date | April 6, 2026 |
|---|---|---|---|
| Title | *Marian Barbu et al v. Harvest Christian Fellowship et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER CONSOLIDATING CASES RE: STIPULATION [DKT. 76]**

The Court is in receipt of the parties' Stipulation to Consolidate Cases filed in the lead case, *Barbu v. Harvest Christian Fellowship et al.*, No. 5:25-cv-02428-SSS-SP. [*Barbu*, Dkt. No. 76]. The parties agree that *Bundalici v. Harvest Christian Fellowship et al.*, No. 5:26-cv-00438-SSS-SP, should be consolidated with the previously consolidated cases, with the lead case being *Barbu*.

The Court thus **GRANTS** the stipulation. *Bundalici v. Harvest Christian Fellowship et al.*, No. 5:26-cv-00438-SSS-SP, is hereby consolidated with *Barbu v. Harvest Christian Fellowship et al.*, No. 5:25-cv-02428-SSS-SP. The Court **DIRECTS** the Clerk of the Court to administratively close *Bundalici* and place it into inactive status. All documents shall be filed only in the lead case, *Barbu*, unless otherwise ordered by the Court.

The Order to Show Cause issued on March 23, 2026, in *Bundalici* is **DISCHARGED** and the hearing set for April 10, 2026, is **VACATED**. [*Bundalici*, Dkt. No. 23].

**IT IS SO ORDERED.**