UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN BARBU,<br><br>                    Plaintiff/s,<br><br>          v.<br><br>HARVEST CHRISTIAN FELLOWSHIP ET AL.,<br><br>                    Defendants. | Case No. 5:25-cv-02428-SSS-SPx<br><br>**ORDER CONFIRMING APPLICATION OF EXISTING COURT ORDERS TO TIMING AND SEQUENCING OF MOTIONS FOLLOWING FILING OF SECOND AMENDED CONSOLIDATED COMPLAINT** |

On May 29, 2026, the Plaintiffs and Specially Appearing Defendants Harvest Christian Fellowship, Greg Laurie, and Richard Schutte (the "Stipulating Defendants") filed a Stipulation to Apply Existing Court Orders following the filing of Plaintiffs' Second Consolidated Amended Complaint and staying the responsive pleading deadlines ("Stipulation").

The Court, having considered the Parties' Stipulation, and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1.  The existing Orders of the Court issued on February 11, 2026, March 10, 2026,

1

4915-0807-7231

and April 2, 2026, remain in effect following the filing of the Second Consolidated Amended Complaint ("SCAC") and Waiver of Service of Summons pertaining to the SCAC.

2. The Stipulating Defendants' motions and responsive pleadings will be sequenced such that the Stipulating Defendants' Forum Motion will be filed prior to any substantive Rule 12(b) motions to dismiss, as consistent with the Court's February 11, 2026 Order [Dkt. No. 47].

3. The deadlines for the Stipulating Defendants to file the Forum Motion and for filing any pleading or Rule 12 motion in response to the SCAC remain stayed, as consistent with the Court's Orders of March 10, 2026 [Dkt No. 61], and April 2, 2026 [Dkt. No. 79].

**IT IS SO ORDERED**.

Dated: June 3, 2026

_____

HON. SUNSHINE S. SYKES
United States District Judge

2

4915-0807-7231