PAUL HAUSSAMAN ETAL (Full Name)

arkkiojm@yahoo.com (Email Address)

39347 Prospect Dr. (Address Line 1)

Forest Falls, CA 92339 (Address Line 2)

951-445-5849 (Phone Number)

Plaintiff in Pro Per

FILED
CLERK U.S. DISTRICT COURT

JUN - 8 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN BARBU, <br><br> PLAINTIFF, <br><br> vs. <br><br> HARVEST CHRISTIAN FELLOWSHIP <br> GREG LAURIE <br> RICHARD SCHNETTE <br> PAUL HAUSSAMAN <br><br> DEFENDANT(S). | Case No.: 5:25-cv-02428-SSS-SP <br> (To be supplied by the Clerk) <br><br> **COMPLAINT FOR:** <br><br> ANSWER TO SECOND Consolidated Amended Complaint <br><br><br><br> **Jury Trial Demanded:** ☐ Yes ☒ No |

## I. JURISDICTION

1. This Court has jurisdiction under 28 USC 1332 and 28 USC 1367 (a)

Revised: October 2023
Form Prepared by Public Counsel
© 2010, 2023 Public Counsel. All Rights
Reserved.

Page Number

DeFendants

*Insert ¶ #*

GReG - Deny 146
       unknown 145, 147, 148, 149, 150

Rick - Deny 151,
       unknown 152, 153,

Harvest Christian Fellowship
*Insert ¶ #*
       True - 154
       unknown 155, 156, 157, 158, 159, 160,

Paul Haveggard
       True 161, 162,

       Deny - 163, 164, 165, 166, 167, 168, 169,

*Insert ¶ #*

*Insert ¶ #*

DEFENDANTS' DENY EACH AND EVERY ALLEGATIONS CONTAINED IN EVERY PARAGRAPH - 1,2,3,4,15,16,17,24,37 PARTIES - 42, 43, 48, 57, 63, 67, 83, 84, 104, 105, 108, 109, 110, 113, 114, 115, 118, 119, 120

*Insert ¶ #*

DEFENDANTS' ARE WITHOUT KNOWLEDGE, OR INFORMATION SUFFICIENT TO FORM A BELIEF AS TO THE TRUTH OF EACH AND EVERY ALLEGATIONS CONTAINED IN PARAGRAPHS 5, 7, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29 CHOICE OF LAW + STATUE OF LIMITATIONS - 30, 31, 32, 33, 34, 35, 36, 38, 39 44, 45, 46, 50, 52, 53, 54, 55, 56, 59, 60, 61, 62, 64, 65, 66, 69, 70, 71, 74, 75, 77 79, 80, 81, 82, 85, 86, 87, 88, 91, 92, 93, 95, 97, 98, 99, 100, 102, 103, 107, 112, 117, 122, 123, 124, 125, 126, 127, 128, 130, 131, 133, 134, 136, 138, 139, 140, 142, 143, 144

JURISDICTION AND VENUE

*Insert ¶ #*

DEFENDANTS' ADMITS EACH AND EVERY ALLEGATION CONTAINED IN PARAGRAPHS - 40, 44, 47, 49, 58, 68, 73, 76 89, 90, 94, 96, 97, 101, 106, 111, 116, 121, 129, 132, 135, 137, 141,

# IV. STATEMENT OF FACTS

DENY –
*Insert ¶ #*    1, 2, 3, 4, 15, 16, 19, 21, 22, 25, 36, 37, 38, 42

TRUE –    40,
*Insert ¶ #*

UNKNOWN – 5, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 20, 23, 24,
*Insert ¶ #*

JURISDICTION AND VENUE
UNKNOWN – 26, 27, 28, 29, 30, 31, 32, 33, 34, 35

CHOICE OF LAW & STATUE OF LIMITATION

" – 30, 31, 32, 33, 34, 35, 36, 37,

PARTIES

UNKNOWN – 41,

4

*Page Number*

GENERAL Allegations (1)

Insert ¶ #

TRue    170, 185, 192, 218, 220, 266, 282,

DeNY    171, 174, 176, 177, 178, 180, 181, 182, 183, 184, 186, 187, 188
189, 190, 191, 193, 194, 195, 196, 198, 199, 200, 201, 202, 203, 204, 205, 207, 208,
209, 211, 212, 217, 219, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231,
232, 233, 234, 235, 236, 237, 238 All, 239, 240, 241, 242, 243, 244, 245
246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258,
259, 260, 261, 262, 263, 264, 265, 267, 268, 269, 270, 271,
272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 283,
284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 296
295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307,
308, 312, 313, 317, 321, 324, 325, 326, 327, 328, 329, 330, 331,
332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342,
747, 348, 349, 350, 351, 352, 353, 354, 355, 356,
357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369,
370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380
381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394
UNKnowN

Insert ¶ #

172, 173, 175, 179, 197, 206, 210, 213, 214, 215, 216, 309, 310,
311, 314, 315, 316, 318, 319, 320, 322, 323, 343, 344, 345,
346,

GENERAL Allegations (1)

*Insert ¶ #*

TRue

Deny- 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407
408, 409, 410, 411, 412, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423,
424, 425, 426, 427, 428, 432, 433, 434, 435, 436, 437, 438, 439,
441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453,
454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 468,
473, 474, 475, 476, 477, 478, 481, 482, 483, 484, 485, 486,
487, 488, 489, 490, 491, 492, 493, 494, 495, 496, 497, 498, 503,
504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514,
515, 516, 517, 520, 521, 522, 523, 524, 525, 526, 527,
528, 529, 530, 531, 532, 533, 534, 535, 536, 537, 538, 540
541, 542, 543, 544, 545, 546, 547, 548, 549, 550, 551, 552
553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563,
564, 565, 566, 567, 568, 569, 570, 571, 572, 575, 577, 578, 579, 580
581, 582, 583, 584, 585, 586, 587, 589, 590, 591, 592, 593, 594
595, 596, 597, 598, 599, 600, 601, 602, 603, 604, 605, 606, 607, 608, 609, 610,
611, 612, 613, 614, 615, 616, 617, 618, 619, 620, 621, 622, 623, 624,
625, 626, 627, 628, 629, 630, 631, 632, 633, 641, 642, 643, 644,
645, 646, 647, 648, 649, 650

UNKNOWN — 413, 429, 430, 431, 440, 467, 469, 470, 471, 472,
479, 480, 499, 500, 501, 502, 518, 519, 539, 573, 574, 576, 588, 633,
634, 635, 636, 637, 638, 639, 640,

*Page Number*

GENERAL ALLEGATIONS (3)

Insert ¶ #

TRUE

DENY — 651, 652, 653, 654, 656, 657, 658, 659, 661, 662, 663, 667, 668, 669, 670, 671, 672, 673, 674, 677, 685, 686, 687, 688, 689, 690, 691, 694, 695, 696, 697, 698, 699, 705, 706, 707, 710, 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 722, 723, 724, 725, 727, 728, 729, 730, 731, 732, 733, 734, 735, 736, 737, 741, 743, 744, 745, 746, 747, 748, 749, 750, 751, 752, 755, 757, 758, 759, 760, 761, 762, 766, 767, 768, 770, 771, 772, 773, 774, 775, 776, 777, 778, 779, 781, 782, 783, 784, 785, 786, 787, 788, 789, 790, 791, 793, 794, 797, 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, 808, 812, 813, 814, 815, 816, 817, 818, 819, 820, 821, 825, 826, 828, 829, 830, 831, 832, 833, 834, 835, 836, 837, 838, 839, 840, 841, 842, 851, 852, 853, 854, 857A, B, C, D, 859, 860, 861, 869, 870, 871, 872, 873, 875, 876, 877, 878, 879, 880, 881, 882, 883, 884, 885, 886, 887, 888, 889, 890, 891,

Insert ¶ #

UNKNOWN — 655, 660, 664, 665, 666, 675, 678, 679, 680, 681, 682, 683, 684, 692, 693, 700, 701, 702, 703, 704, 708, 709, 726, 738, 739, 740, 742, 753, 754, 756, 763, 764, 765, 769, 780, 792, 795, 796, 809, 810, 811, 822, 823, 824, 827, 843, 844, 845, 846, 847, 848, 849, 850, 855, 856, 858, 862, 863, 864, 865, 866, 867, 868, 874, 892, 893, 894, 895, 896, 897, 898, 899

Page Number ⑦

GENERAL ALLEGATIONS (4)

*Insert ¶ #*

TRUE - 1038, 1039, 1

DENY- 912,913,914, 915, 916,917,918, 919 920, 921,922,923, 924,925,926, ~~933 936~~ 927, 928, 929, ~~933~~ 934 935, 936, 937, 942, 950,951,953,954, 955,957,961, 962, 962, 966,967, 968, 969, 970, 971, 972,973, 974, 975, 976, 979, 981,983, 984,987, 988,993, 994 995, 1000, 1001,1002, 1008 1009, 1010, 1015, 1016, *Insert ¶ #* 1017, 1019,1020, 1023, 1024, 1025,1028,1029, 1030, 1031, 1032, 1033, 1034,1035, 1037, 1040, 1041, 1042, 1043,1044, 1045, 1049, 1054, 1055,1056, 1057,1058, 1058, 1060, 1061, 1062 1063,

*Insert ¶ #*

UNKNOWN-
900, 901,902, 903,904, 905,906,907,908 909, 910, 911, 930,931, 932 933,938,939, 940, 941,943,944,945, 946,947, 948,952, 956,958,959, 960, ~~~~ 963, 964, ~~~~ 977, 978 980 982,985, 986, 990, 991,992, 995,996,997,998, 1003,1004, 1005, 1006, 1007, 1011,1012, 1013, 1014, 1018, 1021,1022, 1026,1027 ~~~~ 1036, 1046, 1047 1048, ~~~~ 1050, 1051, 1052, 1053

FIRST CAUSE OF ACTION

_Insert ¶ #_

TRue - 1073, 1083

Deny - 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1074, 1075, 1076, 1077, 1078, 1079, 1079

1081, 1082, 1085, 1091, 1092, 1094, 1095,

_Insert ¶ #_

_Insert ¶ #_

UNKNOWN
1084, 1085, 1086, 1087, 1088

9

_Page Number_

## SECOND CAUSE OF ACTION

( _____ )

*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

Deny —
*Insert* ¶ #

1096, 1097, 1097, 1098, 1099, 1100, 1101, 1102.

_____
*Insert* ¶ #

_____
*Insert* ¶ #

10

*Page Number*

## THIRD CAUSE OF ACTION

(_____)

*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

Deny.
*Insert ¶ #*

1103, 1104, 1105, 1107, 1108 1109, 1107 1110, 1111, 1112, 1113, 1114,

*Insert ¶ #*

*Insert ¶ #*

11

*Page Number*

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

Deny
*Insert ¶ #*

1115, 1116, 1117, 1118, 1119, 1120, 1121, 1112,

*Insert ¶ #*

*Insert ¶ #*

/2

*Page Number*

FIFTH CAUSE OF ACTION

Insert ¶ #

DENY
1123, 1124, 1125, 1126, 1127, 1128, 1129, 1130 A, B, C, D, E, F, G
1130, 1131, 1132, 1133, 1134, 1135

SIXTH CAUSE OF ACTION

Insert ¶ #

UNKNOWN
1136, 1137, 1138, 1139

SEVENTH CAUSE OF ACTION

DENY →
1140, 1141, 1142, 1143, 1144, 1145, 1146

Insert ¶ #

_13_

Page Number

EIGHTH    CAUSE OF ACTION

_Insert ¶ #_

Deny

1147, 1148, 1149, 1150, 1151, 1152

_Insert ¶ #_ Request for Relief

Wherefore, The Defendant Request

1. Dismissal of the Plaintiffs action with Prejudice.

2. An Order that Plaintiffs shall take no Relief from the Complaint

3. Such further Relief the Court deems fair and just.

_Insert ¶ #_

Date: 6/08/2026

Sign:

PAUL HAVSGAARD

Defendant IN PROPER

14

_Page Number_