**McALLISTER OLIVARIUS**
Lillian Smith (SBN 324908)
Jan "Honza" Cervenka (SBN 344997)
Dr. Ann Olivarius (*pro hac vice*)
Dr. John F.O. McAllister (*pro hac vice*)
Maura A. Smith (*pro hac vice*)
641 Lexington Avenue, 13th Floor
New York, NY 10022
Telephone: (212) 433-3456
lsmith@mcolaw.com
hcervenka@mcolaw.com
aolivarius@mcolaw.com
jmcallister@mcolaw.com
msmith@mcolaw.com

**JEFF ANDERSON & ASSOCIATES PA**
Michael J. Reck (SBN 209895)
12011 San Vicente Blvd, Suite 700
Los Angeles, California 90049
Telephone: (310) 357-2425
mreck@andersonadvocates.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN BARBU,<br><br>     Plaintiff,<br><br>  vs.<br><br>HARVEST CHRISTIAN FELLOWSHIP, GREG LAURIE, RICHARD SCHUTTE, and PAUL HAVSGAARD,<br><br>     Defendants. | Case No.: 5:25-cv-02428-SSS-SP<br><br>[And all consolidated cases]<br><br>**[REFERRED TO MAGISTRATE JUDGE SHERI PYM]**<br><br>**ORDER ON STIPULATION TO ALLOW PLAINTIFFS' VENDOR DISCO TO ACCESS CERTAIN FILES CONTAINED IN DOCUMENTS SUBJECT TO COURT ORDER (DKT. NO. 115) FOR LIMITED PURPOSES** |

The Court, having considered the Stipulation, and finding good cause, hereby grants

- 1 -

[PROPOSED] ORDER ON STIPULATION
*Barbu v. Harvest Christian Fellowship, et al.*

the relief sought by the Stipulation and ORDERS as follows:

1. Plaintiffs' document vendor DISCO is authorized to access the Documents for the express and limited purpose of providing Harvest's counsel with native copies of the 232 documents accessed by Plaintiffs' counsel.

Dated: August 10, 2026

_____
HON. SHERI PYM
United States Magistrate Judge

- 2 -

[PROPOSED] ORDER ON STIPULATION
*Barbu v. Harvest Christian Fellowship, et al.*